IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| RHONDA G. MARTIN,        )<br>                                              )<br>            Plaintiff,            )<br>                                              )    Case No. 4:05cv00068<br>v.                                           )<br>                                              )    **ORDER**<br>JO ANNE B. BARNHART,          )<br>Commissioner of Social Security, )<br>                                              )    By: **Jackson L. Kiser**<br>            Defendant.          )    Senior United States District Judge | |

On December 16, 2005, this Court entered an order referring this case to the Honorable B. Waugh Crigler, United States Magistrate Judge, for proposed findings of fact and recommended disposition. On May 31, 2006, Plaintiff moved to voluntarily dismiss her request for judicial review. Magistrate Judge Crigler filed his Report and Recommendation on June 1, 2006 which recommends dismissal and states that the Commissioner has no objection to Plaintiff's request to have her case dismissed. For these reasons, this Court adopts Magistrate Judge Crigler's Report in its entirety. Accordingly, it is this day **ADJUDGED** and **ORDERED** as follows:

1. The Report and Recommendation of the United States Magistrate Judge, filed June 1, 2006, shall be, and hereby is, **ADOPTED** in its entirety.

2. For the reasons stated in Magistrate Judge Crigler's Report, the Plaintiff's case is **DISMISSED**.

3. The clerk is directed to strike this case from the active docket of this Court and to send certified copies of this Order to all counsel of record and to Magistrate Judge Crigler.

ENTERED this 2nd day of June, 2006.

          s/Jackson L. Kiser
          Senior United States District Judge